Matthew C. Bernstein (SBN 199240)
  Email: mbernstein@mintz.com
Michael D. Van Loy (SBN 243166)
  Email: mvanloy@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY**
  **AND POPEO P.C.**
3580 Carmel Mountain Road, Suite 300
San Diego, CA  92130
Telephone:  858-314-1500
Facsimile:   858-314-1501

Robert P. Taylor (SBN 46046)
  Email: rptaylor@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY**
  **AND POPEO P.C.**
5 Palo Alto Square 6th Floor
3000 El Camino Real
Palo Alto, CA 94306
Telephone:  650-251-7700
Facsimile:   650- 251-7739

Attorneys for Plaintiff
ALPHATEC SPINE, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHATEC SPINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> THEKEN SPINE, LLC, INTEGRA LIFESCIENCES CORPORATION, INTEGRA LIFESCIENCES HOLDINGS CORPORATION, <br><br> Defendant. | Case No. 09 CV 0250 W JMA <br><br> **NOTICE OF WITHDRAWAL OF FILING [Docket Entry No. 6]** <br><br> **Judge:  Honorable Thomas J. Whelan** |

TO THE CLERK OF COURT

PLEASE TAKE NOTICE that Plaintiff Alphatec Spine, Inc., hereby withdraws document No. 6 filed as *Notice Re Dismissal Without Prejudice* that was incorrectly filed in this matter July 14, 2009.

Dated: July 15, 2009

                                                  s/Matthew Bernstein

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
Attorneys for Plaintiff, ALPHATEC SPINE, INC
Email:  mbernstein@mintz.com